FEBRUARY 23, 1979

No. A–748. EXECUTIVE JET AVIATION, INC. v. ESTATE OF GREEN ET AL. Application for stay of orders of the United States District Court for the Eastern District of Michigan, dated February 9, 1979, and to enjoin Michigan state court proceedings, presented to MR. JUSTICE WHITE, and by him referred to the Court, denied.

FEBRUARY 26, 1979

No. D–136. IN RE DISBARMENT OF BREMERS. Disbarment entered. [For earlier order herein, see 439 U. S. 905.]

No. D–144. IN RE DISBARMENT OF HIRSCH. Disbarment entered. [For earlier order herein, see 439 U. S. 975.]

No. D–145. IN RE DISBARMENT OF SHAKER. Disbarment entered. [For earlier order herein, see 439 U. S. 975.]

No. D–148. IN RE DISBARMENT OF CLEM. Disbarment entered. [For earlier order herein, see 439 U. S. 975.]

No. D–150. IN RE DISBARMENT OF GILLARD. Disbarment entered. [For earlier order herein, see 439 U. S. 1042.]

No. D–155. IN RE DISBARMENT OF REAVES. It is ordered that John Laverne Reaves, of Loris, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–160. IN RE DISBARMENT OF FODIMAN. It is ordered that Aaron R. Fodiman, of Arlington, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.